UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                  CASE NO.:   6:19-bk-4760-KSJ
                                                        CHAPTER 11
CONSOLIDATED LAND HOLDINGS,
LLC

         Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

**CONSOLIDATED LAND HOLDINGS, LLC** ("Consolidated Land") and twenty-one (21) of its subsidiaries and affiliates[1] (the "Affiliated Debtors") (Consolidated Land and the Affiliated Debtors are hereinafter collectively referred to as the "Debtors") by and through their undersigned counsel, and pursuant to Administrative Order FLMB 2009-1, hereby file this Chapter 11 Case Management Summary and state as follows:

### I.   Description of the Debtors' Businesses

On July 22, 2019, Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Middle District of Florida, Orlando, Division. Debtors continue to operate their businesses and manage their properties as debtors-in-possession under §§ 1107 and 1108 of the Bankruptcy Code and have requested for their

---

[1] Land Capital, LLC, Case No: 6:19-bk-4761; 100 Berlin Land, LLC, Case No: 6:19-bk-4762; 200 STL Land, LLC, Case No: 6:19-bk-4763; 204 Fox Land, LLC, Case No: 6:19-bk-4765; 205 Wolf Land, LLC, Case No: 6:19-bk-4766; 5500 Midland Land, LLC, Case No: 6:19-bk-4768; Appleton Land, LLC, Case No: 6:19-bk-4769; High Point Land, LLC, Case No: 6:19-bk-4770; JNHRSA, LLC, Case No: 6:19-bk-4771; JNHRSA 200 STL, LLC, Case No: 6:19-bk-4772; JNHRSA 205 Wolf, LLC, Case No: 6:19-bk-4773; JNHRSA Appleton, LLC, Case No: 6:19-bk-4774; JNHRSA Billings, LLC, Case No: 6:19-bk-4775; JNHRSA Cheyenne, LLC, Case No: 6:19-bk-4776; JNHRSA City Center, LLC, Case No: 6:19-bk-4777; JNHRSA Cromwell, LLC, Case No: 6:19-bk-4778; JNHRSA Hartford, LLC, Case No: 6:19-bk-4779; JNHRSA High Point, LLC, Case No: 6:19-bk-4780; JNHRSA St. Joe, LLC, Case No: 6:19-bk-4781; JNHRSA II, LLC, Case No: 6:19-bk-4782, and CC STL Holdings, LLC, Case No: 6:19-bk-4783.

bankruptcy cases to be jointly administered with the above-captioned bankruptcy case as the lead case.

Debtors are Delaware limited liability companies which together form a commercial real estate ownership group owned by the Gillespie Delaware Family Trust. Debtors were formed to acquire, own and operate hotel properties in Missouri, Wisconsin, Connecticut, North Carolina, New York, Montana and Wyoming. The Debtors' principal place of business is located at 1275 W. Granada Blvd., Suite 3B, Ormond Beach, Florida 33217-4000.

## II.  Debtors' Corporate Structure

The Debtors corporate structure can be summarized as follows (an illustration of the Debtors' corporate structure is attached hereto as **Exhibit "A"**):

(a)  The Gillespie Delaware Family Trust is the sole member of **Land Capital, LLC**; **JNHRSA, LLC** and **JNHRSA II, LLC**.

(b)  **Land Capital, LLC** is the sole member of Consolidated Land Holdings, LLC, which entity is the sole member of the following seven (7) debtors (the "Land Entities"): (i) 200 STL Land, LLC; (ii) 100 Berlin Land, LLC; (iii) High Point Land, LLC; (iv) 204 Fox Land, LLC; (v) 5500 Midland Land, LLC; (vi) Appleton Land, LLC; and (vii) 205 Wolf Land, LLC. The Land Entities hold fee simple title to certain parcels of land and the hotels constructed thereon. Pursuant to a series of ground leases, the hotel properties owned by the Land Entities are leased to non-debtor hotel management and operating companies.

(c)  **JNHRSA, LLC** is the sole member of the following holding companies (the "Holding Companies"): (i) JNHRSA 200 STL, LLC; (ii) JNHRSA 205 Wolf, LLC; (iii) JNHRSA Appleton, LLC; (iv) JNHRSA Billings, LLC; (v) JNHRSA Cheyenne, LLC; (vi) JNHRSA City Center, LLC; (vii) JNHRSA Cromwell, LLC; (viii) JNHRSA Hartford, LLC; (ix) JNHRSA High

Point, LLC; and (x) JNHRSA St. Joe, LLC. The Holding Companies own 100% of the membership interests in seven (7) operating entities, six (6) of which lease the hotel properties from the Land Entities pursuant to various ground leases.

(d) **JNHRSA II, LLC** is the sole member of Timonium Recovery Trust, LLC (a non-debtor entity which owns the Radisson North Baltimore Hotel); and holds 50% of the membership interests in Inner Circle Timonium, LLC (a non-debtor management company for the Radisson North Baltimore Hotel).

(e) **CC STL Holdings, LLC** is wholly owned by JNHRSA City Center, LLC. CC STL Holdings owns and operates a 288 room Red Lion branded hotel in St. Louis, Missouri.

### III. Reasons for Bankruptcy Filing

Over the past two-years, Debtors have attempted to work with their largest secured lender, DW Commercial Financing, LLC ("DWC"), to get DWC to fulfill its promises to fund promised amounts for renovations in order to stay competitive in today's market and to increase occupancy levels at their respective hotels. DWC refused to provide Debtors with the promised financing to complete renovations, and not surprisingly, with dated rooms in need of renovation, the demand for rooms at the Debtors' hotels has slowly declined and revenues have steadily dropped causing financial distress for the Debtors.

With the financial situation for the Debtors deteriorating, JNHRSA, LLC, JNHRSA II, LLC and certain of the Holding Companies attempted to stave off foreclosure by entering into forbearance agreements with DWC on December 13, 2017, March 5, 2018, and February 28, 2019, and by assigning their respective interests in ground leases and/or deeding the hotel properties located in Albany, NY; Cheyenne, Wyoming; and Hartford Connecticut back to DWC in exchange for an offset against the outstanding loan balance. Ultimately, as a consequence of declining revenues, Debtors

have defaulted on several loan obligations and their lenders have initiated the following actions to enforce their respective rights:

- On or around June 26, 2019, Acres Loan Origination, LLC ("Acres") commenced an emergency action in the 22nd Judicial Circuit, City of St. Louis, Missouri for the appointment of a receiver with respect to the hotel owned and operated by CC STL Holdings, LLC. A receiver was eventually put in place, and remains in place, to operate the hotel owned by CC STL Holdings.

- On July 16, 2019, Debtors received notice that DWC had noticed a UCC sale for September 12, 2019 for ownership of entities that operate eight (8) hotels.

- On July 18, 2019, the Land Entities received a notice of acceleration from Wells Fargo Bank, N.A. and demand for rents.

As noted above, Debtors have sought to find a consensual and reasonable resolution with DWC, but negotiations have proved unsuccessful. With no workable resolution in sight, Debtors decided that it was in the best interests of the ownership group and its creditors to seek reorganization under Chapter 11 and pursue a restructuring of their various debt obligations. Debtors intend to use this brief breathing spell to negotiate a suitable exit plan for all parties.

## IV.   General Description of Debtor's Assets and Approximate Value of Debtors' Assets

| Debtor Entity | Property Interest | Property Stats |
|---|---|---|
| 200 STL Land, LLC | Hotel Property located at:<br>200 N. 4th Street<br>St. Louis, MO 63102<br><br>Fee Ownership | 29-story tower located adjacent to Gateway Arch Park (a Crown Plaza Hotel)<br><br>Valuation: $22,000,000.00 |
| 100 Berlin Land, LLC | Hotel Property located at:<br>100 Berlin Road<br>Cromwell, CT 06416<br><br>Fee Ownership | 215 room Radisson branded hotel<br><br>Valuation: $6,700,000.00 |

| | | |
|---|---|---|
| High Point Land, LLC | Hotel Property located at:<br>135 S. Main Street<br>High Point, NC 27260 | 252 room Red Lion branded hotel<br><br>Valuation: $10,000,000.00 |
| 204 Fox Land, LLC | Hotel Property located at:<br>204 Fox Farm<br>Cheyenne, WI 82007<br><br>Fee Ownership | 245 room Radisson branded hotel.<br><br>Valuation: $8,600,000.00 |
| 5500 Midland Land, LLC | Hotel Property located at:<br>5500 Midland Road<br>Billings, MT 59101<br><br>Fee Ownership | 316 room Radisson branded hotel/casino.<br><br>Valuation: $4,300,000.00 |
| Appleton Land, LLC | Hotel Property located at:<br>333 W. College Street<br>Appleton, WI 54911<br><br>Fee Ownership | 388 room Radisson branded hotel.<br><br>Valuation: $28,000,000.00 |
| 205 Wolf Land, LLC | Hotel Property located at:<br>205 Wolf Road<br>Albany, NY 12205<br><br>Fee Ownership | 312 key, full-service Radisson branded hotel on major thoroughfare outside Albany, NY Airport entrance.<br><br>Valuation: $13,900,000.00 |
| CC STL Holdings, LLC | Hotel Property located at:<br>400 S. 14th Street<br>St. Louis, MO 63103<br><br>Fee Ownership and operations. | 288 room Red Lion branded hotel<br><br>Valuation: $35,500,000.00 |

V.  **Amounts Owed to Various Classes of Creditors**

(i)   As of the Petition Date, the Debtors were indebted to secured creditors as follows:

| Secured Lender | Approximate Amount Owed |
|---|---|
| KCP Seven Ground, LLC | $10,400,000.00 – Borrower: Land Capital, LLC. |

| | |
|---|---|
| **c/o Kawa Capital Partners** | Loan secured by a pledge of Land Capital, LLC's membership interests in Consolidated Land Holdings, LLC. |
| **Wells Fargo Bank, N.A.,** | $62,465,000.00 – Borrowers: Land Entities<br><br>Loan secured by substantially all the assets of the Land Entities. |
| **DW Commercial Finance, LLC** | $91,780,000.00* – Borrowers (among other non-debtor entities): JNHRSA, LLC; JNHRSA II, LLC; JNHRSA 205 Wolf, LLC; JNHRSA Cheyenne, LLC; JNHRSA Hartford, LLC, and CC STL Holdings, LLC.<br><br>Loan secured by, among other things, a pledge of the equity interests in the Borrowers and assignment of ground leases.<br><br>*Debtors dispute this balance. |
| **Acres Capital, LLC** | $15,000,000.00 – Borrower: CC STL Holdings, LLC<br><br>Loan secured by substantially all of CC STL Holdings, LLC's assets pursuant to a Deed of Trust, Assignment of Leases and Rents, and Security Agreement and Fixture Filing. |

(ii) <u>Obligations owed to priority creditors such as governmental creditors for taxes.</u>

| Debtor | Tax Type | Total Due |
|---|---|---|
| **205 Wolf Land, LLC** | 2018-2019 Real Property Tax | $698,196.21 |
| **Appleton Land, LLC** | 2018 Personal Property Tax | $32,987.38 |
| | 2018 Real Property Tax Parcel 9600 | $330,003.25 |
| | 2018 Real Property Tax Parcel 9500 | $79,580.02 |
| **5500 Midland Land, LLC** | 2019 Personal Property Tax | $2,024.11 |
| | 2018 Personal Property Tax | $1,878.91 |
| | 2018 Real Property Tax | $92,370.86 |

6

| 204 Fox Land, LLC | 2018 Real Property Taxes | $50,430.25 |
|---|---|---|
| 100 Berlin Land, LLC | 2018 Real Property Taxes Parcel 001 | $199,297.92 |
| | 2018 Real Property Taxes Parcel 002 | $32,256.14 |
| High Point Land, LLC | 2018 Personal Property Taxes | $16,956.25 |
| | 2018 Real Property Taxes | $68,733.75 |
| 200 STL Holdings, LLC | 2018 Personal Property Taxes | $45,528.94 |
| | 2018 Real Property Taxes | $314,540.84 |
| | **Total:** | **$1,964,784.83** |

(iii)   Obligations to unsecured creditors.

As of the Petition Date, CC STL Holdings, LLC was indebted to non-disputed unsecured creditors in the approximate amount of $2,150,000.00.

**VI.   List of Officers and their salaries and benefits as of the Petition Date.**

Mr. Joseph G. Gillespie III is the manager for each of the Debtors. Mr. Gillespie does not currently receive a salary from the Debtors and did not receive a salary from the Debtors within the one-year prior to the Petition Date.

**VII.   Number of Employees and Gross Amounts of Wages Owed as of the Petition Date**

As of the Petition Date, CC STL Holdings, LLC employed (49) W-2 employees (the "Employees"). The Employees are paid bi-weekly for services performed during the prior two-week period. Contemporaneously with the filing of this summary, Debtor is seeking to pay prepetition compensation for the two-week period from July 5, 2019 to July 16, 2019, which is scheduled to be paid on July 25, 2019. No single employee is believed to be owed more than the $12,850.00 limit set

forth in 11 U.S.C. § 507(a)(4)(A). Debtor owes employee wages and benefits in the amount of $39,906.33 (gross figure) for the payroll period ending July 16, 2019.

### VIII. Anticipated Emergency Relief to be Requested

Debtors anticipate filing the following First-Day Motions and requests for Emergency Relief:

    a. Emergency Motion for Joint Administration of Cases

    b. Emergency Motion for Authorization to Use Cash Collateral (Re: CC STL Holdings)

    c. Emergency Motion for Authorization to Pay Prepetition Wages (Re: CC STL Holdings)

    d. Emergency Motion for Authorization to Maintain Pre-Petition Bank Accounts

**RESPECTFULLY SUBMITTED** this 23rd day of July 2019.

/s/ Daniel A. Velasquez
**R. Scott Shuker, Esq.**
Florida Bar No. 0984469
rshuker@lseblaw.com
**Daniel A. Velasquez, Esq.**
Florida Bar No. 0098158
dvelasquez@lseblaw.com
LATHAM, SHUKER, EDEN & BEAUDINE, LLP
111 N. Magnolia Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**                                                              CASE NO.: 6:19-bk-4760-KSJ
                                                                        **CHAPTER 11**

**CONSOLIDATED LAND HOLDINGS,**
**LLC**

       **Debtor.**
_____/

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true copy of the forgoing **CHAPTER 11 CASE MANAGEMENT SUMMARY** has been furnished either electronically or by U.S. First Class Mail or FedEx Overnight (where indicated), by email (if email address is known) and by fax (if known) to: Debtors, c/o Joseph G. Gillespie III, 1275 W. Granada Blvd., Suite 3B, Ormond Beach, Florida 33217-4000; Wells Fargo Bank, N.A., Trustee of MLS #030298479, c/o Gary F. Eisenberg, Esq., 1155 Avenue of the Americas, 22nd Floor, New York, New York, 10036, geisenberg@perkinscoie.com, (1-212-977-1632) (fax); Acres Loan Origination, LLC, c/o Keith D. Price, Esq., 600 Washington Avenue – 15th Floor, St. Louis, MO 63101, kprice@sandberphoenix.com, nklumb@sandbergphoenix.com, (314) 241-7604 (fax); DW Commercial Finance, LLC, 590 Madison Avenue, 13th Floor, New York, New York, 10022; Neil R. Tucker, Esq., Kramer Levin Naftalis & Frankel, LLP, 1177 Avenue of the Americas, New York, New York, 10036, ntucker@kramerlevin.com; KCP Seven Ground, LLC c/o KAWA Capital Partners, Attn: Jeremy Traster, Esq., 21500 Biscayne Blvd., Suite 700, Aventura, Florida 33180, jeremy@kawa.com, (305) 560-5290 (fax); Acres Capital Servicing, LLC, c/o Acres Capital, LLC, Attn: Jaclyn A. Jesberger, General Counsel, 300 Jericho Quadrangle, Suite 160, Jericho, New York, 11753, jjesberger@acrescap.com; Hospitality Receiver, LLC, c/o John D. Bailey, 14800 Landmark Blvd, Suite 800, Dallas, TX 75254, (214) 987-9301 (Fax)the parties entitled to receive CM/ECF noticing; the secured creditors and the twenty largest unsecured creditors as shown on the matrix attached to the original of this motion filed with the Court; and the U.S. Trustee's Office, 400 W. Washington St., Ste. 1120, Orlando, FL 32801, this 23rd day of July 2019.

                                                   /s/ Daniel A. Velasquez
                                                   **Daniel A. Velasquez, Esq.**

Acres Capital,, LLC
865 Merrick Ave, Ste 200S
Westbury, NY 11590

Acres Loan Origination, LLC
c/o Keith D. Price, Esq.
600 Washington Avenue – 15th Fl
St. Louis, MO 63101

Acres Capital Servicing, LLC
c/o Acres Capital, LLC
Attn: Jaclyn A. Jesberger, General Counsel
300 Jericho Quadrangle, Suite 160
Jericho, NY 11753

Delaware Dept of Revenue
Attn: Director
540 S DuPont Hwy Ste 2
Dover, DE 19901

DW Commercial Finance, LLC
Attn: General Counsel
590 Madison Ave., 13th Floor
New York, NY 10022

Florida Dept of Revenue
Attn: Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

KCP Seven Ground, LLC
c/o Kawa Capital Partners
Attn: Jeremy Traster, Esq
21500 Biscayne Blvd, Ste 700
Aventura, FL 33180

Volusia Cty Tax Collector
123 W Indiana Avenue #103
DeLand, FL 32720

Wells Fargo, Trustee of
MLS #030298479
c/o Gary Eisenberg, Esq
1155 Ave of the Amer, 22d Fl
New York, NY 10036-2711

DW Commercial Finance, LLC
590 Madison Avenue, 13th Fl
New York, New York, 10022

Neil R. Tucker, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York, 10036

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:19-bk-04760-KSJ<br>Middle District of Florida<br>Orlando<br>Tue Jul 23 09:13:47 EDT 2019 | Consolidated Land Holdings, LLC<br>1275 W Granada Blvd, Ste 3B<br>Ormond Beach, FL 32174-8105 | Delaware Dept of Revenue<br>Attn: Director<br>540 S DuPont Hwy Ste 2<br>Dover, DE 19901-4523 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Florida Dept of Revenue<br>Attn: Executive Director<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0140 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | KCP Seven Ground, LLC<br>c/o Kawa Capital Partners<br>Attn: Jeremy Traster, Esq<br>21500 Biscayne Blvd, Ste 700<br>Aventura, FL 33180-1256 | Land Capital, LLC<br>1275 W Granada Blvd., Ste 3B<br>Ormond Beach, FL 32174-8105 |
| Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 | Volusia Cty Tax Collector<br>123 W Indiana Avenue #103<br>DeLand, FL 32720-4615 | R Scott Shuker +<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 |
| United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Karen S. Jennemann<br>Orlando | End of Label Matrix<br>Mailable recipients    13<br>Bypassed recipients     1<br>Total                   14 |

```
Label Matrix for local noticing          CC STL Holdings, LLC                    AT&T 5001
113A-6                                   1275 W Granada Blvd, Ste 3B             PO Box 5001
Case 6:19-bk-04783-KSJ                   Ormond Beach, FL 32174-8105             Carol Stream, IL 60197-5001
Middle District of Florida
Orlando
Tue Jul 23 09:11:10 EDT 2019

Acres Capital,, LLC                      Ambassador Valet Parking Co             Ameren Missouri
865 Merrick Ave, Ste 200S                505 N 7th Street                        PO Box 88068
Westbury, NY 11590-6905                  Suite 2405                              Chicago, IL 60680-1068
                                         St Louis, MO 63101-1613


Booking.com B.V.                         Breckenridge 1400 Condo Assoc           Capitol Sports
5295 Paysphere Circle                    1400 Breckenridge                       1915 Gladden Road
Chcago, IL 60674-5295                    C/O Smith Management                    Plainfield, IN 46168-3257
                                         1630 Des Peres Road Suite210
                                         ST Louis, MO 63131-1800


Crown Linen Service                      Explore St. Louis                       Gregory F X Daly
322 E Industrial Drive                   701 Convention Plaza                    Collector of Revenue
Columbia, IL 62236-1671                  Suite 300 Partnership Dev               PO Box 66787
                                         ST Louis, MO 63101-1275                 ST Louis, MO 63166-6787


HD Supply Facilities Mx, Ltd             Heart of House Hospitality              Inner Circle Management
PO Box 509058                            PO Box 823424                           1275 W Granada Blvd
San Diego, CA 92150-9058                 Philadelphia, PA 19182-1440             Suite 3B
                                                                                 Ormond Beach, FL 32174-8105


Jenkins & Kling, PC                      Mavis T. Thompson, Esq                  Murphy Company
150 N Meramec Avenue                     1200 Market Street                      PO Box 790379
Suite 400                                Room 102                                Saint Louis, MO 63179-0379
ST Louis, MO 63105-3753                  Saint Louis, MO 63103-2804


Red Lion Hotels Holdings Inc             Securitas Security Services USA, Inc.  Sonifi Soulutions Inc.
Attn: Accounts Receivable                12672 Collections Center                PO Box 505225
201 W North River Drive                  Chicago, IL 60693-0001                  Saint Louis, MO 63150-5225
Suite 100
Spokane, WA 99201-2262


US Foods, Inc.                           R Scott Shuker +                        Note: Entries with a '+' at the end of the
PO Box 504854                            Latham Shuker Eden & Beaudine LLP       name have an email address on file in CMECF
ILEGG Inspection Fee PD MO               Post Office Box 3353
Saint Louis, MO 63150-4854               Orlando, FL 32802-3353



End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23
```