[jiffyord] [Bench Order +]

ORDERED.

Dated: July 27, 2020

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:19–bk–04760–KSJ
        Chapter 11

Consolidated Land Holdings, LLC

_____Debtor*_____/

### ORDER GRANTING MOTION TO TERMINATE EXCLUSIVITY

THIS CASE came on for hearing on July 27, 2020, for consideration of the **Motion to Terminate Exclusivity** (Doc. **447**), filed by **Creditor Wells Fargo Bank, N.A. as Trustee for the benefit of the holders of UBS Commercial Mortgage 2017–C3, UBS Commercial Mortgage 2017–C2 and Credit Suisse CSAIL 2017–CX9 Mortgage Trust Commercial Mortgage**.

For the reasons stated orally and recorded in open court, the Motion to Terminate Exclusivity is Granted.

Any party in interest may file a proposed Disclosure Statement and Plan of Reorganization no later than August 28, 2020. If timely filed, the Disclosure Statement will be conditionally approved and a preliminary, non–evidentiary confirmation hearing will occur oat 1:00 p.m. on October 14, 2020.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

<u>Service Instructions:</u>

Attorney Roy Kobert is directed to serve a copy of this order on interested non–CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.