

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/27/2020 01:00 PM

COURTROOM 6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:19-bk-04760-KSJ | 11 | 07/22/2019 |

**Chapter 11**

**DEBTOR:** Consolidated Land Holdings, LLC

**DEBTOR ATTY:** Daniel Velasquez

**TRUSTEE:** NA

**HEARING:**

(Video) Status Conf. and TRIAL
Status Conference:
1)   Red Lion's Motion To Compel Payment of Administrative Expenses to Red Lion Hotels Franchising Inc (Doc #294)
(Granted in part at Doc #355)
Preliminary Hearing:
2)   Debtor's Motion to Determine Secured Status/Value of Wells Fargo Bank, N.A. as Trustee Pursuant to Bankruptcy Code Section 506 . Total Secured Amount Claimed: $ 75,206,784.95 (Doc #474)
(Video) TRIAL
1)   Debtor's Disclosure Statement (Doc #480) (Debtor's Exhibit Doc #551)
Red Lion's Objection (Doc #545)
Wells Fargo's Objection (Doc #549)
KCP's Objection (Doc #550)
2)   Wells Fargo's Motion Terminating This Court's Second Agreed Exclusivity Extension Order (Doc #447)
KCP's Joinder to CMBS Lender's Motion Terminating this Court's Second Agreed Exclusivity Extension Order (Doc #470)
3)   KCP's Motion to Compel Mediation (Doc #477)
4)    Debtor's Motion to Dismiss Case of Certain Debtors from the Jointly-Administered Chapter 11 (Doc #478)
Red Lion's Opposition (Doc #544)
Note: cont. 7/25/19; 8/1/19; 9/9/19; 11/18/19; 12/17/19; 3/25/20; 6/17/20
Chapter 11 Plan (Doc #479)
solication by 8/30 (Order at Doc #395)
Jointly Administered
341 Meeting concluded on 9/27/19
Case Mgmt Summary (Doc 8)
Mediation to conclude by 11/8/19
Financial Reports thru May 31, 2020 (Doc #485-505)
Witness Lists:
Wells Fargo Witness List (Doc #510 and Doc #546-548)
Debtor's Witness List (#514)
KCP Witness List (Doc #518)

Pending:
Stipulation and Order Regarding Resolution of Contested Matters (Doc #554)
.

**APPEARANCES:**: Scott Shuker (Debtor Atty); Jill Kelso (US Trustee Atty); Roy Kobert and Gary Eisenberg   (Wells Fargo Atty); Hugh McCullough (Red Lion Atty); Michael Budwick (KCP Atty); James Moon (KCP Atty); Drew Dillworth (Acres Capital Atty);

**RULING:**
(Video) Status Conf. and TRIAL

Status Conference: -   cont. to 10/14/2020 at 1:00 pm BY VIDEO (AOCNFNG);

1)   Red Lion's Motion To Compel Payment of Administrative Expenses to Red Lion Hotels Franchising Inc   (Doc #294) - cont. to status by VIDEO 10/14/2020 at 1:00 pm (AOCNFNG);

Preliminary Hearing:

2)   Debtor's Motion to Determine Secured Status/Value of Wells Fargo Bank, N.A. as Trustee Pursuant to Bankruptcy Code Section 506 . Total Secured Amount Claimed: $ 75,206,784.95   (Doc #474)   - cont. to status by VIDEO 10/14/2020 at 1:00 pm. (AOCNFNG);

(Video) TRIAL

1)   Debtor's Disclosure Statement   (Doc #480) (Debtor's Exhibit Doc #551) - Withdrawn;

2)   Wells Fargo's Motion Terminating This Court's Second Agreed Exclusivity Extension Order   (Doc #447) - Granted: Order by Court;

 (Note: Disclosure Statement and Plan by 8/28.   If timely, will be conditionally approved and preliminary confirmation on 10/14/20 at 1pm)

3)   KCP's Motion to Compel Mediation   (Doc #477) - Denied:Order by Court;

4)    Debtor's Motion to Dismiss Case of Certain Debtors from the Jointly-Administered Chapter 11   (Doc #478) - Withdrawn;

 (Note: the US Trustee may filed any motion to dismiss for a non-evidentiary hearing on 10/14/2020 at 1:00 pm.); (bt/GWW).


Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.