UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO  DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER    6:19-bk-4760-KSJ |
| Consolidated Land Holdings, LLC | | |
| | } | |
| | } | JUDGE _Karen S. Jennemann_____ |
| | } | |
| DEBTOR | } | CHAPTER 11 |
| Appleton Land LLC | | |
| Case NO 19-4769 | | |

DEBTOR'S MONTHLY OPERATING REPORTS (BUSINESS)

FOR THE PERIOD

FROM   December  1 2020_____ TO  December 31  2020_____

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.

_January 21, 2021_

Date

_____

Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

12 Tidewater Drive
Ormond Beach, FL 32174
(386) 947-7720

Attorney's Address
and Phone Number:

Shuker & Dorris , P.A.
121 S. Orange Avenue , STE 1120
Orlando, Florida 32801
(407) 337-2060

Note: The original Monthly Operating Report is to be filed with the court and a copy
simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day
of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQ)http://www.usdoj.gov/ust/.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

FOR THE PERIOD BEGINNING  December  1 2020 _____ AND ENDING ____December 31 2020_____

Name of Debtor:   Appleton Land, LLC _____   Case Number:   619:bk-4769-KSJ

Date of Petition:   July 21,2019 _____

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $1.93 | $5,294.36 |
| 2. RECEIPTS: | | |
| A. Cash Sales | | |
|  Minus:  Cash Refunds | | |
|  Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts (See MOR-3 ) | 50.00 | 974,429.46 |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | $50.00 | 974,429.46 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3 ) | $51.93 | $979,723.82 |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | (10.00) | ($4,970.72) |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | | |
| F. Inventory Payments (See Attach. 2 ) | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll – Net (See Attachment 5A ) | | |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments (See Attach. 2 ) | | |
| O. Taxes Paid - Payroll (See Attachment 4C ) | | |
| P. Taxes Paid - Sales & Use (See Attachment 4C ) | | |
| Q. Taxes Paid - Other (See Attachment 4C ) | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | ($10,074.09) |
| U. Utilities | | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses (See MOR-3 ) | 0.00 | -964,637.08 |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | | |
| 7. ENDING BALANCE (Line 4 Minus Line 6 )    (c) | $41.93 | $41.93 |

best of my knowledge and belief.
This 12  day of Jan , 2021

_____ (Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)**

Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Ground Lease  none Received | $0.00 | $0.00 |
| Funds transfer from 200 STL Land LLC for account shortage | $50.00 | $0.00 |
|  | $0.00 | $0.00 |
|  | $0.00 | $0.00 |
|  | $0.00 | $0.00 |
|  | $0.00 | $0.00 |
|  | $0.00 | $0.00 |
|  | $0.00 | $0.00 |
| TOTAL OTHER RECEIPTS | $50.00 | $0.00 |

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| 0 |  |  |  |
| 0 |  |  |  |
| 0 |  |  |  |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
|  | $0.00 | 0 |
|  | $0.00 | 0 |
|  | $0.00 | 0 |
|  | $0.00 | 0 |
|  | $0.00 | 0 |
|  | $0.00 | 0 |
|  | $0.00 | 0 |
|  | $0.00 | 0 |
| TOTAL OTHER DISBURSEMENTS | $0.00 | 0 |

**NOTE:  Attached a current Balance Sheet and Income (Profit & Loss) Statement**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor:    Appleton Land LLC          6:19-bk-4769-KSJ

Reporting Period beginning: December 1 2020     and ending:     December 31 2020

ACCOUNTS RECEIVABLE AT PETITION DATE:

**ACCOUNTS RECEIVABLE RECONCILIATION**

(Include all accounts receivable, prepetition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 0.00 | (a) |
| PLUS: Current Month New Billings | $ 0.00 | |
| MINUS: Collection During the Month | $ 0.00 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ 0.00 | * |
| End of Month Balance | $ 0.00 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| | | | | |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc |
|---|---|---|
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

**ATTACHMENT 2**

**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: ___Appleton Land LLC___    Case Number: ___6:19-bk-4769-KSJ___

Reporting Period beginning: ___December  1 2020___ and ending: ___December  31  2020___

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | 0 |
| _____ | _____ | _____ | _____ | 0 |
| _____ | _____ | _____ | _____ | 0 |
| _____ | _____ | _____ | _____ | 0 |
| _____ | _____ | _____ | _____ | 0 |
| _____ | _____ | _____ | _____ | 0 |
| _____ | _____ | _____ | _____ | 0 |
| _____ | _____ | _____ | _____ | 0 |
| _____ | _____ | _____ | _____ | 0 |
| TOTAL AMOUNT | | | | $0.00  (b) |

☐    Check here if prepetition debts have been paid.  Attach an explanation and copies of supporting documentation.

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $0.00 | (a) |
| PLUS: New Indebtedness Incurred This Month | $0.00 | |
| MINUS: Amount Paid on Post-Petition | | |
| Accounts Payable This Month | $0.00 | |
| PLUS/MINUS: Adjustments | $0.00 | * |
| Ending Month Balance | $0.00 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Petition Payments Delinquent |
|---|---|---|---|---|
| _____ | _____ | $0.00 | _____ | _____ |
| _____ | _____ | $0.00 | _____ | _____ |
| _____ | _____ | $0.00 | _____ | _____ |
| _____ | _____ | $0.00 | _____ | _____ |
| _____ | _____ | $0.00 | _____ | _____ |
| TOTAL | | $0.00  (d) | | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.

(b, c)The total of line (b) must equal line (c).

(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page   MOR-2, Line 5N).

## ATTACHMENT 3

### INVENTORY AND FIXED ASSETS REPORT

Name of Debtor:  Appleton Land LLC          Case Number:          6:19-bk-4769-KSJ

Reporting Period beginning: December  1 2020     and ending:          December 31  2020

### INVENTORY REPORT

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $0.00 | **(a) |
| INVENTORY RECONCILIATION: | $0.00 | |
| Inventory Balance at Beginning of Month | $0.00 | |
| PLUS: Inventory Purchased During Month | $0.00 | |
| MINUS: Inventory Used or Sold | $0.00 | |
| PLUS/MINUS: Adjustments or Write-downs | $0.00 | * |
| Inventory on Hand at End of Month | $0.00 | ** |

METHOD OF COSTING INVENTORY:          N/A

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 Months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| | | | | * |

* Aging Percentages must equal 100%.
☐  Check here if inventory contains perishable items.

Description of Obsolete Inventory:

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):

| FIXED ASSETS RECONCILIATION: | |
|---|---|
| Fixed Asset Book Value at Beginning of Month | 0  (a)(b) |
| MINUS:  Depreciation Expense | 0 |
| PLUS:  New Purchases | 0 |
| PLUS/MINUS: Adjustments or Write-downs | 0 * |
| Ending Monthly Balance | 0 |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
  Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: Appleton Land LLC _____ Case Number: 6:19-bk-4769-KSJ _____

Reporting Period beginning: December 1 2020 _____ and ending December 31 2020 _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Wells Fargo _____ BRANCH: _____

ACCOUNT NAME:        Appleton Land LLC    ACCOUNT NUMBER: xxxxxx6067 _____

PURPOSE OF ACCOUNT: __OPERATING__ Ground Lease Payment
                                    0
    Ending Bank Balance per Bank Statement                      $0.00
    Plus Total Amount of Outstanding Deposits
    Minus Total Amount of Outstanding Checks and other debits _____ *
    Minus Service Charges                                        $0.00
    Ending Balance per Check Register    .                       _____ **(a)

*Debit cards are used by _____

**If Closing Balance is negative, provide explanation:    __Account Closed__ _____

The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| _____ | 0 | _____ | _____ | _____ |
| _____ | 0 | _____ | _____ | _____ |
| _____ | 0 | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

          $0.00  Transferred to Payroll Account
          $0.00  Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule
    of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

$11.93

Name of Debtor: Appleton Land LLC          Case Number:      6:19-bk-4769-KSJ

Reporting Period beginning: December 1 2020     and ending  December 31 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Wells Fargo          BRANCH: Ormond Beach , Fl

ACCOUNT NAME:          Appleton Land LLC    ACCOUNT NUMBER: xxxxxxx6574

PURPOSE OF ACCOUNT:   OPERATING   New DIP Account

|  |  |  |
|---|---|---|
| | 0 | |
| Ending Bank Balance per Bank Statement | | 41.93 |
| Plus Total Amount of Outstanding Deposits | | |
| Minus Total Amount of Outstanding Checks and other debits | 0 * | |
| Minus Service Charges | $10.00 | |
| Ending Balance per Check Register | | **(a) |

*Debit cards are used by _____

**If Closing Balance is negative, provide explanation: _____

The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| | 0 | | | |
| | 0 | | | |
| | 0 | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$0.00  Transferred to Payroll Account
$0.00  Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# Initiate Business Checking<sup>SM</sup>

December 31, 2020　▪　Page 1 of 3



APPLETON LAND, LLC
DEBTOR IN POSSESSION
CH11 CASE #19-04769 (MFL)
1925 LOVERING AVE
WILMINGTON DE 19806-2157

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**　(1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
　　　　P.O. Box 6995
　　　　Portland, OR　97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive
tools, and other resources on the topics of business growth, credit, cash flow
management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s). Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 12/1 | $1.93 |
| Deposits/Credits | 50.00 |
| Withdrawals/Debits | - 10.00 |
| **Ending balance on 12/31** | **$41.93** |

Account number:　　i6574

**APPLETON LAND, LLC**
**DEBTOR IN POSSESSION**
**CH11 CASE #19-04769 (MFL)**
*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo branch.

December 31, 2020    ▪ Page 2 of 3



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/9 | | Deposit Made In A Branch/Store | 50.00 | | 51.93 |
| 12/31 | | Monthly Service Fee | | 10.00 | 41.93 |
| Ending balance on 12/31 | | | | | 41.93 |
| Totals | | | $50.00 | $10.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2020 - 12/31/2020 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $39.00 ☐ |
| · Minimum daily balance | $500.00 | $1.93 ☐ |

C1/C1

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

---

## Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: Appleton Land LLC _____ Case Number: 6:19-bk-4769-KSJ _____

Reporting Period beginning: December 1 2020 _____ and ending: December 31 2020 _____

NAME OF BANK: _____ BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____ OPERATING _____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| TOTAL | | | | 0.00 |

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor:    Appleton Land LLC _____    Case Number:    6:19-bk-4769-KSJ _____

Reporting Period beginning:    December 1 2020 _____    and ending:    December 31 2020 _____
Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:    PAYROLL _____

Ending Balance per Bank Statement _____
Plus Total Amount of Outstanding Deposits _____
Minus Total Amount of Outstanding Checks and other debits _____ *
Minus Service Charges _____
Ending Balance per Check Register _____

**\*Debit cards must not be issued on this account.** _____

**\*\*If Closing Balance is negative, provide explanation:** _____

The following disbursements were paid in Cash:    ( ☐ Check here if cash disbursements were authorized by
                                                         United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

<u>**ATTACHMENT 5B**</u>

<u>**CHECK REGISTER - PAYROLL ACCOUNT**</u>

Name of Debtor:  Appleton Land LLC                    Case Number:    6:19-bk-4769-KSJ

Reporting Period beginning:   December 1 2020   and ending:   December 31 2020

NAME OF BANK: _____   BRANCH: _____

ACCOUNT NAME:

ACCOUNT NUMBER:
PURPOSE OF ACCOUNT:              PAYROLL

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:  Appleton Land LLC _____   Case Number:  6:19-bk-4769-KSJ _____

Reporting Period beginning:  December 1 2020 _____  and ending:  December 31 2020 _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____   BRANCH: _____

ACCOUNT NAME: _____   ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:  TAX _____

| | |
|---|---|
| Ending Bank Balance per Bank Statement | _____ |
| Plus Total Amount of Outstanding Deposits | _____ |
| Minus Total Amount of Outstanding Checks and other debits | _____ |
| Minus Service Charges | _____ |
| Ending Balance per Check Register | _____ |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____

The following disbursements were paid by Cash:        ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor:    Appleton Land LLC                Case Number:    6:19-bk-4769-KSJ

Reporting Period beginning:    December 1 2020    and ending:    December 31 2020

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____    TAX _____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL                                                            (d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid                                              (a)
Sales & Use Taxes Paid                                         (b)
Other Taxes Paid                                               (c)
TOTAL                                                          (d)

(a) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5O)

(b) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5P)

(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q)

(d) These two lines must be equal.

## ATTACHMENT 4D

### INVESTMENT ACCOUNTS AND PETTY CASH REPORT

#### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL          _____ (a)

#### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash In Drawer/Acct. | (Column 3) Amount of Petty Cash on Hand At End of Month | (Column 4) Difference Between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| **TOTAL** | _____ | _____ (b) | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation.**

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)**      _____ (c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 4E**

**MONTHLY SUMMARY OF BANK ACTIVITY - LOCKBOX ACCOUNT**

Name of Debtor:  Appleton Land LLC          Case Number:          6:19-bk-4769-KSJ

Reporting Period beginning:  December 1 2020     and ending December 31 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:    LOCKBOX _____

| | |
|---|---|
| Ending Bank Balance per Bank Statement | _____ |
| Plus Total Amount of Outstanding Deposits | 0 |
| Minus Total Amount of Outstanding Checks and other debits | 0 * |
| Minus Service Charges | _____ |
| Ending Balance per Check Register | _____ **(a) |

**\*Debit cards are used by** _____

**\*\*If Closing Balance is negative, provide explanation:** _____

**The following disbursements were paid in Cash**
( ☐ **Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

_____     Transferred to Payroll Account
_____     Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5E**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:  Appleton Land LLC _____   Case Number:   6:19-bk-4769-KSJ _____

Reporting Period beginning:  December 1 2020 _____   and ending:   December 31 2020 _____

NAME OF BANK: _____   BRANCH:   _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____   LOCKBOX _____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         | 0.00   |
|      |              |       |         | 0.00   |
|      |              |       |         | 0.00   |
|      |              |       |         | 0.00   |
|      |              |       |         | 0.00   |
|      |              |       |         | 0.00   |
|      |              |       |         | 0.00   |
|      |              |       |         | 0.00   |
|      |              |       |         | 0.00   |
|      |              |       |         | 0.00   |
|      |              |       |         | 0.00   |
|      |              |       |         | 0.00   |
|      |              |       |         | 0.00   |
|      |              |       |         | 0.00   |
|      |              |       |         | 0.00   |
|      |              |       |         | 0.00   |
|      |              |       |         | 0.00   |
|      |              |       |         | 0.00   |
|      |              |       |         | 0.00   |
|      |              |       |         | 0.00   |
| TOTAL |             |       |         | $0.00  |

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor:  Appleton Land LLC          Case Number:    6:19-bk-4769-KSJ

Reporting Period beginning December 1 2020          and ending:    December 31 2020

## TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | $0.00 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| | | | 0 | | |
| TOTAL | | | 0 | | |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: Appleton Land LLC       Case Number: 619:bk-4769-KSJ

Reporting Period beginning: December 1 2020       and ending: December 31 2020

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses of Officer or Owner incurred and for which detailed receipts are maintained in the accounting records

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | 0 |
| | | | 0 |
| | | | 0 |
| | | | 0 |
| | | | 0 |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attached a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| NA | | | | | |
| NA | | | | | |
| NA | | | | | |
| NA | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| NA | | | |
| | | | |

☐       Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

### ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)* ; (2) nonfinancial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.  Attach any relevant documents.

NONE

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____