# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# <u>ORLANDO DIVISION</u>

In re:

CONSOLIDATED LAND
HOLDINGS, LLC,

    Debtor.
_____/

Case No. 6:19-bk-04760-KSJ

Chapter 11

## <u>NOTICE OF PRELIMINARY HEARING</u>

NOTICE IS HEREBY GIVEN that a preliminary hearing in this case will be held on June 1, 2021 at 10:00 a.m. in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801, to consider and act upon the following and transact such other business that may come before the Court:

**Motion for Payment of Administrative Expenses Amount Requested: $542,962.79**
**Doc [871]**

1.    The hearing may be continued upon announcement made in open Court without further notice.

2.    Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

3.    Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

4. <u>Telephonic Appearance Requirement</u>. Effective March 16, 2020 and continuing until further notice, Judges in all Divisions will conduct all hearings by telephone. For Judge Vaughan, parties should arrange a telephonic appearance through Courtcall (866-582-6878).

Dated this 18th day of May, 2021.

/s/ Jon E. Kane
JON E. KANE
Florida Bar No. 814202
South Milhausen, P.A.
1000 Legion Place, Suite 1200
Orlando, Florida 32801
407/539-1638 – Telephone
407/539-2679 – Facsimile
jkane@southmilhausen.com
*Attorneys for MCREIF SubREIT, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of May, 2021, the foregoing was uploaded for filing and service via the Court's CM/ECF system, which will serve a notice of filing on all parties receiving electronic notice.

/s/ Jon E. Kane
JON E. KANE